**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**BOARDS OF TRUSTEES OF THE
OHIO LABORERS BENEFITS,**

    Plaintiff,

    vs.

**ATLAS GENERAL CONSTRUCTION LLC,**

    Defendant.

Case No. 2:20-cv-4695
Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 14, 2022 Order, the Court **GRANTED** Plaintiff's Motion for Default Judgment. Judgment is entered against Atlas General Construction LLC. The Court **AWARDS** Plaintiff the sum of **$23,030.87**, which constitutes $16,408.15 in delinquent contributions, $1,640.81 in liquidated damages, $2,688.46 in interest through May 26, 2021, $1,886.50 in reasonable attorney's fees, and $406.95 in costs, plus interest from the date of judgment at the rate of one percent (1%) per month.

Date:  March 14, 2022                   Richard W. Nagel, Clerk

                                             s/Diane Stash
                                        Diane Stash/Deputy Clerk